UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT H. STRONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HANS #6999, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-0480-APG-VCF<br><br>**ORDER DISMISSING DEFENDANT HANS #6999 and NAPH CARE** |

On November 20, 2015, Plaintiff was advised by the court (Dkt. #9) that this action would be dismissed without prejudice as to defendants Hans #6999 and NAPH Care unless on or before December 20, 2015, Plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** as to defendants Hans #6999 and NAPH Care. Because those are the only remaining defendants in this matter, this case is dismissed. The clerk of the court is directed to close this file.

Dated: January 5, 2016.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE